UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPA VELASCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>　　　　Defendants. | Case No. 2:16-cv-02207-BRO-MRW<br><br>(Honorable Beverly Reid O'Connell)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint Filed:　April 1, 2016 |

## **ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of this entire action. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 22, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge